FORM 12. Informal Brief (District Court, Court of International Trade, and Court of Federal Claims Cases)

Form 12
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LARRY GOLDEN v. UNITED STATES

Case No. 19-2135

## INFORMAL BRIEF OF APPELLANT

Read the Guide for Pro Se Petitioners and Appellants before completing this form. Attach a copy of the final decision or order of the trial court. Answer the following questions as best you can. Your answers should refer to the decision or order you are appealing where possible. Use extra sheets if needed.

1. Have you ever had another case in this court? ☒ Yes ☐ No  If yes, state the name and number of each case. LARRY GOLDEN V. UNITED STATES (CASE # 19-100) COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**RECEIVED**
AUG -7 2019
United States Court of Appeals
For The Federal Circuit

2. Did the trial court incorrectly decide or fail to take into account any facts? ☐ Yes ☐ No  If yes, what facts? (Refer to paragraph 7 of the Guide.) INCORRECTLY DECIDED MY CASE: MY CASE WAS DECIDED BASED ON THE STANDARDS SET FORTH UNDER 28 U.S.C. 1498 (INFRINGEMENT) SHOULD HAVE BEEN DECIDED UNDER 28 U.S.C. 1491(a) (TAKINGS UNDER THE FIFTH AMENDMENT CLAUSE

3. Did the trial court apply the wrong law? ☒ Yes ☐ No  If yes, what law should be applied? 28 U.S.C. 1491(a) GOVERNMENT "TAKINGS" OF PRIVATE PROPERTY UNDER THE FIFTH AMENDMENT CLAUSE

4. Did the trial court fail to consider important grounds for relief? ☒ Yes ☐ No  If yes, what grounds? THE PLAINTIFF-APPELLANT'S SUBSTANTIVE RIGHTS ENFORCEABLE AGAINST THE UNITED STATES FOR MONEY DAMAGES: (A) MONEY-MANDATING CONSTITUTIONAL PROVISION; (B) CERTAIN VIOLATIONS OF STATUES AND REGULATIONS; AND, CERTAIN BREACH OF EXPRESS AND IMPLIED CONTRACTS MADE BY THE UNITED STATES.

5. Are there other reasons why the trial court's decision was wrong? ☒ Yes ☐ No  If yes, what reasons? TRIAL COURT JUDGES BIAS AND LACK OF IMPARTIALITY

Reset Fields

6. What action do you want the court to take in this case?

① ADJUDICATE MY CASE ON THE STANDARDS AND REQUIREMENTS OF 28 U.S.C. 1491(a) GOVERNMENT "TAKINGS" UNDER THE FIFTH AMENDMENT CLAUSE.
② INSTRUCT THE TRIAL COURT THAT THE PLAINTIFF-APPELLANT IS ENTITLE TO "JUST COMPENSATION" FOR THE "TAKINGS."

7. Do you believe argument will aid the court? ☒ Yes ☐ No  If yes, submit a separate notice to the court requesting oral argument and include the reasons why argument will aid the court. (Refer to paragraph 15 of the Guide.)

THIS CASE OF "TAKINGS" BY THIS GOVERNMENT IS EXTENSIVE AND LONG. TO AID IN THE DETERMINATION OF ORAL ARGUMENT, PLAINTIFF-APPELLANT HAS INCLUDED A "DOCUMENTARY VIDEO" THAT SUMMARIZES THE "TAKINGS." THE "DOCUMENTARY VIDEO" CAN ALSO BE VIEWED AT www.atpg-tech.com AND CLICK ON THE LINK "DOCUMENTARY VIDEO"

8. Do you intend to represent yourself? ☒ Yes ☐ No  If you have not filed an Entry of Appearance, indicate your full name, address, telephone number and e-mail address.

LARRY GOLDEN
740 WOODRUFF ROAD, #1102
GREENVILLE, SC 29607
864-288-5605
atpg-tech@charter.net

9. I certify that a copy of this brief and any attachments were sent to: NICHOLAS KIM DEPARTMENT TRIAL ATTORNEY, the attorney for appellee, at the following address: DEPARTMENT OF JUSTICE, CIVIL DIVISION, WASHINGTON, DC 20530. (Address is found on the Entry of Appearance served on you by the attorney for the appellee. If you do not send a copy of this brief to the appellee, the court will not file the brief.)

AUGUST 2, 2019
Date

[signature: Larry Golden]
Appellant's signature

In addition to mailing a copy to the attorney for the appellee, mail three copies of this informal brief and attachments to:

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Reset Fields



**UNITED STATES POSTAL SERVICE** — **PRIORITY MAIL EXPRESS**

EJ 065 254 295 US

RECEIVED
AUG -8
United States Court of Appeals
for the Federal Circuit

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Larry Bolden
740 Woodruff Rd., Apt. 1102
Greenville, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE ( 202 ) 275-8000
U.S. COURT OF APPEALS FOR THE
FEDERAL CIRCUIT
CASE NO. 19-2134 + CASE NO. 19-2135
717 MADISON PLACE, N.W.
WASHINGTON, D.C.
ZIP+4 20439

- For pickup or USPS Tracking, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 29606
Scheduled Delivery Date: 8-6-19
Postage: $137.40
Date Accepted: 8-5-19
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Time Accepted: 10:40 ☑ AM ☐ PM
Weight: 25 lb 13.2 oz
Total Postage & Fees: $137.40

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996